## IN THE MISSOURI COURT OF APPEALS
## HANDDOWN LIST OF SEPTEMBER 16, 2014
## WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| WD76116 | Norman Dean Simmons vs. Dana Anne Simmons |
| WD76467 | Darren K. Kearns vs. New York Community Bank, et al |
| WD77119 | In the Interest of: D.G.W. and Z.B.W. vs. R.R.W. (Mother) |
| WD77121 | Richard Vaughn vs. Betty Vaughn |
| WD77123 | S.E.A. Trust vs. Greenwich Insurance Company |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| WD76752 | State of Missouri vs. Jonathan Leroy Davis |